IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
JAN - 9 2008
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. __2:08-CR-2-MHT__ |
| | ) | [18 USC § 2250] |
| JOHN GARRY BOURNES | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

Between August 2007 and November 2007, in Autauga County, within the Middle District of Alabama,

JOHN GARRY BOURNES,

defendant herein, being required to register under the Sex Offender Registration and Notification Act, and having traveled in interstate commerce and foreign commerce, did knowingly fail to register and update a registration as required by the Sex Offender Registration and Notification Act, in violation of Title 18, United States Code, Section 2250.

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
United States Attorney

_____
Jerusha T. Adams
Assistant United States Attorney