IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:08cr2-MHT |
| | ) | |
| JOHN GARRY BOURNES | ) | |

## ORDER TO PRODUCE PRISONER
## FOR ARRAIGNMENT

TO:   United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for <u>JANUARY 23, 2008</u> in the above-styled case.

You are DIRECTED to produce the following named prisoner: <u>JOHN GARRY BOURNES</u> before the United States District Court at 4B Courtroom, on the <u>23rd</u> day of JANUARY, 2008, at 10:30 a.m.

DONE, this the <u>10th</u> day of January, 2008.

CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE

By: _____
Deputy Clerk