IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR. NO. 2:08-cr-02-MHT |
| | ) | |
| JOHN GARRY BOURNES | ) | |

**GOVERNMENT'S MOTION FOR DETENTION HEARING**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves for a detention hearing for the above-captioned defendant.

1. Eligibility of Cases

    This case is eligible for a detention order because this case involves:

    _____    Crime of violence (18 U.S.C. § 3156)

    _____    10 + year federal crime of terrorism (18 U.S.C. § 2332b(g)(5)(B))

    _____    Maximum sentence of life imprisonment or death

    _____    10 + year drug offense

    _____    Felony, with two prior convictions in the above categories

    _____    Felony involving a minor victim

    _____    Felony involving possession or use of a firearm or other destructive device (as defined by 18 U.S.C. § 921) or any other dangerous weapon

    __X__    Failure to register a sex offender (18 U.S.C. § 2250)

    __X__    Serious risk the defendant will flee

    __X__    Serious risk of obstruction of justice

2. <u>Reason For Detention</u>

   The Court should detain defendant because there are no conditions of release which will reasonably assure:

   |     X      | Defendant's appearance as required |
   |            | Safety of any other person and the community |

3. <u>Rebuttable Presumption</u>

   The United States will not invoke the rebuttable presumption against defendant under Section 3142(e).

   |            | Previous conviction for "eligible" offense committed while on pretrial bond, and a period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described |
   |            | Probable cause to believe defendant committed 10 + year drug offense |
   |            | Probable cause to believe defendant committed an offense in which a firearm was used or carried under Section 924(c) |
   |            | Probable cause to believe defendant conspired to kill, kidnap, maim, or injure persons in a foreign country as prohibited under 18 U.S.C. § 956(a) |
   |            | Probable cause to believe defendant committed act of terrorism transcending national boundaries (18 U.S.C. § 2332) or a 10 + year federal crime of terrorism as defined in 18 U.S.C. § 2332b(g)(5)(B)) |
   |            | Probable cause to believe defendant committed 10 + year offense involving a minor victim |

4. <u>Time For Detention Hearing</u>

   The United States requests the Court conduct the detention hearing:

   |     X      | At the initial appearance |
   |            | After continuance of <u>3</u> days |

   The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Respectfully submitted this the 10th day of January, 2008.

>LEURA G. CANARY
>United States Attorney
>
>/s/ Jerusha T. Adams
>JERUSHA T. ADAMS
>Assistant United States Attorney
>Post Office Box 197
>Montgomery, Alabama 36101-0197
>334-223-7280 phone     334-223-7135 fax
>jerusha.adams@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | CR. NO.   2:08-cr-02-MHT |
| | ) | |
| **JOHN GARRY BOURNES** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Federal Defender.

                                                  Respectfully submitted,

                                                  LEURA G. CANARY
                                                  UNITED STATES ATTORNEY

                                                  /s/ Jerusha T. Adams
                                                  JERUSHA T. ADAMS
                                                  Assistant United States Attorney
                                                  Post Office Box 197
                                                  Montgomery, Alabama 36101-0197
                                                  334-223-7280 phone    334-223-7135   fax
                                                  jerusha.adams@usdoj.gov