**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:08CR02-MHT** |
| | ) | |
| **JOHN GARRY BOURNES** | ) | |

**UNOPPOSED MOTION TO CONTINUE TRIAL**

**NOW COMES** the Defendant, **JOHN GARRY BOURNES,** by undersigned counsel, pursuant to 18 U.S.C. 3161 §§ (h)(8)(A) and (h)(8)(B), and respectfully moves the Court for an Order continuing this matter from the March trial term.  In support of this Motion, the defendant would show the following:

1.      This case is currently scheduled for trial on March 17, 2008.

2.      Mr. Bournes was arraigned in this Court on a single count indictment on January 11, 2008. (Doc #14).

3.      A review of the discovery provided by the Government by undersigned counsel indicates that the instant matter also may involve alleged conduct in the Districts of Florida, Louisiana, and Utah.

4.      Because of the potential of additional charges in other districts, continued, additional investigation by both the government and undersigned counsel is necessary to resolve the issue of a potential Rule 20 resolution of these other matters.  Without such inquiry, undersigned counsel is unable to properly advise his client as to an appropriate resolution of this matter and therefore is unable to be prepared to either enter a plea or proceed with the trial of this matter.

5.     Before the parties can agree upon the terms of a plea agreement, Assistant United States Attorney Jerusha Adams must coordinate the resolution of this case with these other districts pursuant to FRCP Rule 20.  Therefore, it will not be possible to resolve this case prior to the consent date for entering pleas pursuant to FRCP 11(c)(1)(C).

6.     It is to Mr. Bournes' benefit and in the interest of judicial economy to enter a plea only after Ms. Adams and undersigned counsel are able to investigate and negotiate an agreement pursuant to FRCP 20, which will allow Mr. Bournes and the United States to resolve these cases in one proceeding.

7.     The United States, through Assistant United States Attorney Jerusha Adams, does not oppose this request.

8.     While requests for a continuance are addressed to the sound discretion of the trial court, *United States v. Darby*, 744 F.2d 1508, 1521(11thCir. 1984),*reh'g denied* 749 F.2d 733, *cert. denied*, 471 U.S. 1100 (1985), undersigned counsel feels that, in this case, the ends of justice will be served by allowing the government and the defense adequate time to investigate and resolve several cases pursuant to FRCP Rule 20.

**WHEREFORE**, for the reasons set forth above**,** the Defendant moves this Court to issue an Order continuing the March 17, 2008, trial date.

Dated this 15th day of February, 2008.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104

Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:08CR02-MHT** |
| | ) | |
| **JOHN GARRY BOURNES** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2008, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send notification of such filing to the

following: Jerusha Adams, Assistant U.S. Attorney.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M