IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 2:08CR02-MHT |
| | ) | |
| JOHN GARRY BOURNES | ) | |

### NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW** the Defendant, **JOHN GARRY BOURNES,** by and through undersigned counsel, Michael J. Petersen, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. Defendant waives his right to plea in front of a district judge and consents to do so before a magistrate judge.

Dated this 2nd day of June, 2008.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
Ala. State Bar No.: ASB-5072-E48M

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CASE NO: 2:08CR02-MHT** |
| | ) | |
| **JOHN GARRY BOURNES** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jerusha Adams, Esq., Assistant U.S. Attorney.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
Ala. State Bar No.: ASB-5072-E48M