IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 2:08CR02-MHT |
| | ) | |
| JOHN GARRY BOURNES | ) | |

## MOTION TO CONTINUE TRIAL

**NOW COMES** the Defendant, **JOHN GARRY BOURNES,** by undersigned counsel, and moves this Court for a continuance of the trial presently scheduled for June 23, 2008 at 10:00 a.m. In support of this Motion, the defendant would show the following:

1. This case is currently scheduled for trial on June 23, 2008.

2. Mr. Bournes was arraigned in this Court on a single count indictment on January 11, 2008. (Doc #14).

3. Undersigned counsel has, in the last two days, become aware of facts and findings which call into question the validity of the indictment charging Mr. Bournes and this Court's jurisdiction.

4. Specifically, on June 5, 2008, a finding was made in *United States v. Clements*, Case No. CR 08-00303, District of Arizona, that the application of the Sex Offender Registration and Notification Act (SORNA), was a violation of the *ex post facto* clause of the Constitution of the United States.

5. Additionally, that Court found that the Attorney General's Interim Regulation, 28 C.F.R. §72.3, violated the Administrative Procedures Act (APA), 5 U.S.C. §553, and exceeded

1

the delegation of authority by the Congress of the United States.

    6.    As of the date of the filing of this Motion, no Court of Appeals has rendered an opinion, published or unpublished, on whether SORNA is a violation of the *ex post facto* clause, whether the Attorney General's Interim Regulation violated the APA and also exceeded the authority delegated by Congress, or whether SORNA violates the Commerce Clause.

    7.    While requests for a continuance are addressed to the sound discretion of the trial court, *United States v. Darby*, 744 F.2d 1508, 1521(11thCir. 1984),*reh'g denied* 749 F.2d 733, *cert. denied*, 471 U.S. 1100 (1985), undersigned counsel feels that, in this case, the ends of justice will be served by allowing the defendant to present argument to this Court in support of a Motion to Dismiss the Indictment. Federal Rule of Criminal Procedure 12(b)(3)(B) allows this Court to entertain a Motion to Dismiss the Indictment on the grounds that the indictment fails to invoke the court's jurisdiction or to state an offense at any time while the case is pending.

    **WHEREFORE**, for the reasons set forth above**,** the Defendant moves this Court to issue an Order continuing the June 23, 2008, trial until this Court's next Northern Division trial term.

    Dated this 13th day of June, 2008.

    Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:08CR02-MHT |
| | ) | |
| JOHN GARRY BOURNES | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Jerusha Adams, Assistant U.S. Attorney.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M