IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO |
| | ) | 2:08CR2-MHT |
| JOHN GARRY BOURNES | ) | |

**ORDER**

A second pretrial conference in this matter will be held on 7/28/2008, at 11:00 a.m.

before the undersigned Magistrate Judge in Courtroom 4-A.

Done this 24th day of June, 2008.


/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE