IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:08-cr-02-MHT |
| | ) | |
| JOHN GARRY BOURNES | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS INDICTMENT**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully moves this Court for a ten day extension of time to file a response to Defendant John Garry Bournes's Motion to Dismiss Indictment. As grounds for this Motion, the United States avers as follows:

1. The defendant filed a Motion to Dismiss Indictment on June 19, 2008. (Doc. # 28.)

2. On June 25, 2008, the court entered an Order directing the United States to file a response to Defendant's motion on or before July 1, 2008. (Doc. # 31.)

3. The undersigned AUSA has worked diligently to prepare the United States' response to Defendant's motion to dismiss. However, due to unforeseen circumstances, and the complexity of the legal issues raised in Defendant's motion, the undersigned AUSA has been unable to complete said Response by today and is scheduled to be in Columbia, South Carolina, from today to July 3, 2008, to attend a Ballot Access and Voting Integrity Conference.

4. The United States, therefore, requests a ten day extension of time to file a response to Defendant's motion to dismiss the indictment.

5. The undersigned AUSA affirms to this Court that this motion for extension of time is made in good faith and is not for the purpose of delay.

6. The attorney for Defendant, Michael Petersen, has informed the undersigned AUSA that he does not oppose such an extension.

Respectfully submitted this the 30th day of June, 2008.

                LEURA GARRETT CANARY
                UNITED STATES ATTORNEY

                /s/ Jerusha T. Adams
                JERUSHA T. ADAMS
                Assistant United States Attorney
                Post Office Box 197
                Montgomery, Alabama 36101-0197
                334-223-7280 phone    334-223-7135   fax
                jerusha.adams@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:08-cr-02-MHT |
| | ) | |
| JOHN GARRY BOURNES | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Michael J. Petersen.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Jerusha T. Adams
JERUSHA T. ADAMS
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334-223-7280 phone   334-223-7135  fax
jerusha.adams@usdoj.gov