IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO |
| | ) | 2:08CR2-MHT |
| JOHN GARRY BOURNES | ) | |

**ORDER**

The Unopposed Motion for Extension of Time to File Response to Motion to Dismiss Indictment filed by United States (Doc. 32) on 6/30/2008 is GRANTED.  The United States shall file a response to the Motion to Dismiss Indictment (Doc. 28) on or before July 11, 2008.  A hearing on the Motion to Dismiss Indictment will be held on July 24, 2008, at 2:30 p.m. before the undersigned Magistrate Judge in Courtroom 4-A.

The Clerk is directed to provide a court reporter for this proceeding.  If the defendant is in custody, the United States Marshal shall arrange for the defendant's appearance at this proceeding.

Done this 1st day of July, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE