IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:08CR02-MHT |
| | ) | |
| JOHN GARRY BOURNES | ) | |

### UNOPPOSED MOTION TO CONTINUE TRIAL

**NOW COMES** the Defendant, **JOHN GARRY BOURNES,** by undersigned counsel, pursuant to 18 U.S.C. 3161 §§ (h)(8)(A) and (h)(8)(B), and respectfully moves the Court for an Order continuing this matter from the September trial term. In support of this Motion, the defendant would show the following:

1. The United States, through Assistant United States Attorney Jerusha Adams, does not oppose this request.

2. This case is currently scheduled for trial on September 22, 2008.

3. Mr. Bournes was arraigned in this Court on a single count indictment on January 11, 2008. (Doc #14).

4. On June 19, 2008, Mr. Bournes filed a Motion to Dismiss the Indictment asserting that the Sex Offender Notification and Registration Act (SORNA) was unconstitutional. (Doc #28).

5. On July 24, 2008, the parties appeared before Magistrate Judge Moorer for argument on Mr. Bournes' Motion to Dismiss Indictment. At that hearing, defense counsel requested, and was granted leave to file a reply to the United States' response to his motion.

6. On August 1, 2008, undersigned counsel filed Mr. Bournes' Reply to the

Governments Response. (Doc #37).

7. On September 5, 2008, the Magistrate Judge filed his Report and Recommendation denying Mr. Bournes' Motion to Dismiss. (Doc #39). Mr. Bournes counsel has been given until September 15, 2008 to file any objections to the Report and Recommendation.

8. This matter is set for trial on September 22, 2008, and notice of intent to change plea pursuant to Rule 11(c)(1)(C) must be filed with this Court on or before noon on September 10, 2008.

9. The motion presently pending before this Court is dispositive of this case and undersigned counsel is unable to properly advise his client as to an appropriate resolution of this matter due to the fact that Mr. Bournes' Motion to Dismiss has not yet been resolved. Therefore, Mr. Bournes is unable to be prepared to either enter a plea or proceed with the trial of this matter.

10. It is to Mr. Bournes' benefit and in the interest of judicial economy to enter a plea only after Ms. Adams and undersigned counsel are able to investigate and negotiate an agreement following a final resolution of Mr. Bournes' Motion to Dismiss.

11. While requests for a continuance are addressed to the sound discretion of the trial court, *United States v. Darby*, 744 F.2d 1508, 1521(11thCir. 1984),*reh'g denied* 749 F.2d 733, *cert. denied*, 471 U.S. 1100 (1985), undersigned counsel feels that, in this case, the ends of justice will be served by allowing the government and the defense adequate time to investigate and negotiate a pre-trial resolution of this matter following the resolution of Mr. Bournes' motion to dismiss.

**WHEREFORE**, for the reasons set forth above**,** the Defendant moves this Court to issue an Order continuing the September 22, 2008, trial date to this Court's next Northern Division trial term.

Dated this 3rd day of September, 2008.

Respectfully submitted,

        s/ Michael J. Petersen
        MICHAEL J. PETERSEN
        Assistant Federal Defender
        201 Monroe Street, Suite 407
        Montgomery, Alabama 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        E-mail: michael_petersen@fd.org
        ASB-5072-E48M

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:08CR02-MHT |
| | ) | |
| JOHN GARRY BOURNES | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Jerusha Adams, Assistant U.S. Attorney.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M