AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT

## MIDDLE District of ALABAMA

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| JOHN GARRY BOURNES | Case No.    2:08cr2-01-MHT    (WO) |
|  | USM No.    12386-002 |
|  | _____Nicole Ramos_____ |
|  | Defendant's Attorney |

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)   1, 2, of the petition filed   1/12/12 and amended 2/1/12 of the term of supervision.

X  was found in violation of condition(s)   3 and 5 of the petition filed   1/12/12 and amended 2/1/12 after a no contest plea.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant failed to refrain from the use of a controlled substance | 1/4/2012 |
| 2 | The defendant failed to refrain from the use of a controlled substance | 1/4/2012 |
| 3 | The defendant failed to notify change of residence. | 10/31/2011 |
| 5 | The defendant committed another federal, state or local crime. | 1/26/2012 |

The defendant is sentenced as provided in pages   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

X  Violations 4 and 6 of the petitions dismissed upon Oral Motion of the government.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  0454

Defendant's Year of Birth:    1953

City and State of Defendant's Residence:
            Montgomery, AL

April 20, 2012
Date of Imposition of Judgment

_____
Signature of Judge

MYRON H. THOMPSON, U.S. DISTRICT JUDGE
Name and Title of Judge

April 23, 2012
Date

AO 245D  (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

| | |
|---|---|
| DEFENDANT: | JOHN GARRY BOURNES |
| CASE NUMBER: | 2:08cr2-01-MHT |

Judgment — Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

24 Months. This sentence shall run concurrently with any sentence imposed in the state court. The term of supervised release imposed on March 26, 2009, is Revoked.

X   The court makes the following recommendations to the Bureau of Prisons:
   1. The court recommends that the defendant be designated to a facility where drug treatment is available.
   2. The court recommends that the defendant be designated to a facility where he can receive vocational training.
   3. The court recommends that the defendant be designated to a facility where he can participate in a cognitive deficit program.
   4. The court recommends that the defendant be designated to a facility where he can receive parenting skills.

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

   ☐   at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐   before 2 p.m. on _____ .

   ☐   as notified by the United States Marshal.

   ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL